IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>**ANSON NOLAND ROBINSON IV**,<br>   [DOB: 09/22/2000]<br><br>                    Defendant. | No. 20-4016-CR-C-BCW<br><br>18 U.S.C. § 922(g)(1)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

(Felon in Possession of a Firearm)
<u>18 U.S.C. § 922(g)(1)</u>

On or about December 18, 2019, within Callaway County, in the Western District of Missouri, the defendant, **ANSON NOLAND ROBINSON IV**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 21, .45 caliber pistol, serial number WXB581; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

                                                */S/ Eugene O'Loughlin*
                                                **FOREPERSON OF THE GRAND JURY**

*/S/ Jim Lynn*
**JIM LYNN**
Assistant United States Attorney
Missouri Bar No. 32140


Dated:   02/26/2020